ORIGINAL

FILED

AUG 2 2 2006

U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AUTOMATION TECHNOLOGIES, INC., Plaintiff,

v.

UNITED STATES, Defendant.

No. 06-599 C

BID PROTEST

**AUTOMATION TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, Automation Technologies, Inc. ("ATI"), through its undersigned counsel, respectfully submits this corporate disclosure statement. ATI has no parent corporation, and no publicly held corporation holds 10% or more of ATI.

Dated: August 22, 2006

Respectfully submitted,

Walter F. Zenner

Walter F. Zenner
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
Tel: (703) 770-7603
Fax: (703) 770-7901

*Counsel of Record for Plaintiff Automation Technologies, Inc.*

*Of Counsel:*

John E. Jensen
Orest J. Jowyk
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
Tel: (703) 770-7900