ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
AUG 22 2006
U.S. COURT OF FEDERAL CLAIMS

AUTOMATION TECHNOLOGIES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 06-599 C

BID PROTEST

**PLAINTIFF AUTOMATION TECHNOLOGIES, INC.'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER TO PREVENT UNLAWFUL OVERRIDE OF CICA STAY**

Plaintiff Automation Technologies, Inc. ("ATI") hereby moves the Court, pursuant to RCFC 65, for a temporary restraining order enjoining Defendant, its officers, employees, agents and representatives from (i) further implementing its override of the automatic stay of performance imposed by the Competition in Contracting Act ("CICA") on Contract No. HSBP10-06-D-01287, awarded under RFP No. HSBP10-05-R-0541, by the Department of Homeland Security, Bureau of Customs and Border Protection ("CBP"), and (ii) allowing performance of said contract to proceed.

CBP awarded the contract on or about July 26, 2006 to Digital Technologies, Inc. ("DTI"), 45150 Business Court, Suite 550, Sterling, Virginia 20166-6707.

Plaintiff ATI requests that this temporary restraining order remain in force until the Court enters a preliminary injunction or a final judgment on the merits of this case, whichever occurs first.

Contemporaneously with this filing, counsel for ATI arranged for immediate delivery of ATI's complaint, this application, a motion for a preliminary injunction, ATI's memorandum in

support of the application and the motion, and all supporting documents to counsel for the United States, Roger Hipp, Esq., and to DTI, Robert A. Klein.

Dated: August 22, 2006

Respectfully submitted,

Walter F. Zenner

Walter F. Zenner
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
Tel: (703) 770-7603
Fax: (703) 770-7901

*Counsel of Record for Plaintiff Automation Technologies, Inc.*

*Of Counsel:*

John E. Jensen
Orest J. Jowyk
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
Tel: (703) 770-7900

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AUTOMATION TECHNOLOGIES, INC., Plaintiff, | ) | No. ________ |
| v. | ) | |
| UNITED STATES, Defendant. | ) | BID PROTEST |

**TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiff Automation Technologies, Inc.'s Application for a Temporary Restraining Order, the Complaint, the supporting memorandum, exhibits and declaration, and after notice to all parties and a hearing, it is this _____ day of August 2006,

ORDERED, that Defendant, its officers, employees, agents and all other persons in active concert or participation with them are enjoined from (i) further implementing Defendant's override of the automatic stay of performance imposed by the Competition in Contracting Act ("CICA") on Contract No. HSBP10-06-D-01287, awarded under RFP No. HSBP10-05-R-0541, by the Department of Homeland Security, Bureau of Customs and Border Protection ("CBP"), and (ii) allowing performance of said contract to proceed.

ORDERED, that Plaintiff's motion for a preliminary injunction shall be heard on the ____ day of August 2006.

______________________________
Judge, U.S. Court of Federal Claims

Entered this ____ day of August 2006.



400444246v1

ORIGINAL

FILED
AUG 2 2 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AUTOMATION TECHNOLOGIES, INC., Plaintiff, | No. 06-599 C |
| v. | |
| UNITED STATES, Defendant. | BID PROTEST |

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be delivered, by hand, facsimile, or electronic means, on this 22nd day of August 2006, copies of (1) the Complaint, (2) Plaintiff's Application for a Temporary Restraining Order, (3) Proposed Temporary Restraining Order, (4) Motion for a Preliminary Injunction, (5) Proposed Order Granting Preliminary Injunction, (6) Memorandum in Support of Plaintiff's Application for a Temporary Restraining Order and Preliminary Injunction, and (7) Appendix of Exhibits thereto, on the following counsel:

Roger A. Hipp, Esq.
Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

Mr. Robert A. Klein.
Digital Technologies, Inc.
45150 Business Court, Suite 550
Sterling, VA 20160

Orest J. Jowyk, Esq.