ORIGINAL

FILED
AUG 22 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AUTOMATION TECHNOLOGIES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 06-599 C

BID PROTEST

**PLAINTIFF AUTOMATION TECHNOLOGIES, INC.'S MOTION FOR A PRELIMINARY INJUNCTION TO PREVENT UNLAWFUL OVERRIDE OF CICA STAY**

Plaintiff Automation Technologies, Inc. ("ATI") hereby moves the Court, pursuant to RCFC 65(a) and (b), for a preliminary injunction enjoining Defendant, its officers, employees and agents from (i) further implementing its override of the automatic stay of performance imposed by the Competition in Contracting Act ("CICA") on Contract No. HSBP10-06-D-01287, awarded under RFP No. HSBP10-05-R-0541, by the Department of Homeland Security, Bureau of Customs and Border Protection ("CBP"), and (ii) allowing performance of said contract to proceed.

CBP awarded the contract on or about July 26, 2006 to Digital Technologies, Inc. ("DTI"), 45150 Business Court, Suite 550, Sterling, Virginia 20166-6707.

Plaintiff ATI requests that this preliminary injunction remain in force until the Court enters a final judgment on the merits in this case or until ATI's bid protest before the U.S. Government Accountability Office ("GAO"), No. B-298618, is resolved, whichever occurs first.

The grounds for this relief are set forth in the accompanying memorandum, exhibits and declaration.

Dated: August 22, 2006

Respectfully submitted,

Walter F. Zenner
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
Tel: (703) 770-7603
Fax: (703) 770-7901

*Counsel of Record for Plaintiff Automation Technologies, Inc.*

*Of Counsel:*

John E. Jensen
Orest J. Jowyk
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
Tel: (703) 770-7900

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AUTOMATION TECHNOLOGIES, INC., Plaintiff, | ) | No. ________ |
| v. | ) | |
| UNITED STATES, Defendant. | ) | BID PROTEST |

**ORDER GRANTING PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff Automation Technologies, Inc.'s Motion for a Preliminary Injunction, the entire record herein, and the law applicable thereto, it is this _____ day of ________, 2006,

ORDERED, that Plaintiff's Motion is GRANTED; and therefore further

ORDERED, that Defendant, its officers, employees, agents and all other persons in active concert or participation with them are enjoined from (i) further implementing Defendant's override of the automatic stay of performance imposed by the Competition in Contracting Act ("CICA") on Contract No. HSBP10-06-D-01287, awarded under RFP No. HSBP10-05-R-0541, by the Department of Homeland Security, Bureau of Customs and Border Protection ("CBP"), and (ii) allowing performance of said contract to proceed.

ORDERED, that this injunction shall remain in effect until the Court enters a final judgment on the merits in this matter or the final resolution by the U.S. Government Accountability Office ("GAO") of Plaintiff's pending bid protest, No. B-298618, any subsequent corrective actions, and any further administrative or judicial review proceedings.

_______________________________
Judge, U.S. Court of Federal Claims

Entered this ____ day of August 2006.