ORIGINAL

# In The United States Court of Federal Claims

FILED
AUG 2 2 2006
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AUTOMATION TECHNOLOGIES, INC., Plaintiff, | * | No. 06-599C |
| v. | * | Filed: August 22, 2006 |
| UNITED STATES, Defendant. | * | |

## ORDER

A bid protest was filed in the above-captioned case on August 22, 2006, with the plaintiff requesting injunctive relief. The case was assigned to the undersigned on the afternoon of August 22, 2006. As previously discussed with the parties, the court **SCHEDULES** a hearing for **Monday, August 28, 2006, at 2:00 p.m. EDT**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for both parties shall appear in person. The courtroom number will be posted on the day of the conference. If the attorneys of record wish any individuals to participate in the conference either in person or by telephone, their names and telephone numbers shall be provided to chambers staff, at (202) 357-6580, on or before **Friday, August 25, 2006, at 12:00 p.m. EDT**. The parties shall review RCFC 65 and RCFC Appendix C, consult prior to the August 28, 2006 conference and be prepared to discuss all pertinent issues. Also as discussed with the parties, to focus the issues and to assist the court, on or before **Friday, August 25, 2006, at 12:00 p.m. EDT**, defendant shall file a response to the plaintiff's August 22, 2006 memorandum in support of injunctive relief. Once the CM/ECF account has been established in the clerk's office for this case, future orders and all other submissions shall be filed electronically.

**IT IS SO ORDERED.**

**MARIAN BLANK HORN**
**Judge**