**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on August 23, 2006)

| | | |
|---|---|---|
| AUTOMATION TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) | No. 06-599C |
| | ) | (Judge Horn) |
| v. | ) | |
| UNITED STATES, | ) | |
| Defendant. | ) | BID PROTEST |

**PLAINTIFF AUTOMATION TECHNOLOGIES, INC.'S**
**UNOPPOSED MOTION FOR LEAVE**
**TO FILE A CORRECTED CERTIFICATE OF SERVICE**

Plaintiff Automation Technologies, Inc. ("ATI") hereby moves the Court, pursuant to RCFC 5.1(c), for leave to file a Corrected Certificate of Service, attached hereto as Exhibit A. Through inadvertence, counsel did not serve the awardee, Digital Technologies, Inc. ("DTI"), until today (although we understand that counsel for the government forwarded an electronic version of all of the filings to DTI earlier this morning).

Counsel for the government has advised the undersigned that he does not object to this motion.

Dated: August 23, 2006

Respectfully submitted,

/s/ Walter F. Zenner

Walter F. Zenner
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
Tel: (703) 770-7603
Fax: (703) 770-7901

*Counsel of Record for Plaintiff Automation Technologies, Inc.*

*Of Counsel:*

John E. Jensen
Orest J. Jowyk
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
Tel: (703) 770-7900

Exhibit 1: Corrected Certificate of Service

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this _23rd_ day of August 2006, caused to be delivered, by facsimile or electronic means, copies of this Unopposed Motion for Leave to File a Corrected Certificate of Service, with the accompanying exhibit, on:

Roger A. Hipp, Esq.
Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

Mr. Robert A. Klein
Digital Technologies, Inc.
45150 Business Court, Suite 550
Sterling, VA 20160

/s/ Orest J. Jowyk
Orest J. Jowyk, Esq.

# EXHIBIT 1

## CORRECTED CERTIFICATE OF SERVICE

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AUTOMATION TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) | No. 06-599C<br>(Judge Horn) |
| v. | ) | |
| UNITED STATES, | ) | |
| Defendant. | ) | BID PROTEST |

**CORRECTED CERTIFICATE OF SERVICE**

I hereby certify that I have caused to be delivered, by hand, facsimile, or electronic means, copies of (1) the Complaint, (2) Plaintiff's Application for a Temporary Restraining Order, (3) Proposed Temporary Restraining Order, (4) Motion for a Preliminary Injunction, (5) Proposed Order Granting Preliminary Injunction, (6) Memorandum in Support of Plaintiff's Application for a Temporary Restraining Order and Preliminary Injunction, and (7) Appendix of Exhibits thereto, on the following:

On August 22nd, 2006:

Roger A. Hipp, Esq.
Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

On August 23rd, 2006:

Mr. Robert A. Klein.
Digital Technologies, Inc.
45150 Business Court, Suite 550
Sterling, VA 20160

/s/ Orest J. Jowyk
Orest J. Jowyk, Esq.