**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AUTOMATION TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-599C |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of undersigned as counsel of record for Digital Technologies, Inc. ("DTI") in the above-captioned matter. DTI is the successful offeror and concurrently herewith is moving to intervene.

Respectively submitted,

Leslie H. Wiesenfelder
Dow Lohnes PLLC
1200 New Hampshire Avenue, NW
Suite 800
Washington, DC 20036-6802
202-776-2726

Counsel for
Digital Technologies, Inc.

Dated: August 25, 2006