**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AUTOMATION TECHNOLOGIES, INC., | |
| Plaintiff, | |
| v. | No. 06-599C |
| UNITED STATES, | |
| Defendant. | |

**DIGITAL TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, Digital Technologies, Inc. ("DTI"), through its undersigned counsel, respectfully submits this corporate disclosure statement. DTI has no parent corporation, and no publicly held corporation holds 10% or more of DTI.

Respectively submitted,

[signature]

Leslie H. Wiesenfelder
Dow Lohnes PLLC
1200 New Hampshire Avenue, NW
Suite 800
Washington, DC 20036-6802
202-776-2726

Counsel for
Digital Technologies, Inc.

Dated: August 25, 2006