**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AUTOMATION TECHNOLOGIES, INC., Plaintiff, v. UNITED STATES, Defendant. | No. 06-599C |

**DIGITAL TECHNOLOGIES, INC.'S CONSENT MOTION TO INTERVENE**

Pursuant to RCFC 24(a)(2), Digital Technologies, Inc. ("DTI") hereby respectfully moves the Court for an Order allowing DTI to intervene in this case. In support of its motion, DTI states that it is the successful offeror and was awarded Contract No. HSBP 1006D01287 (the "Contract") by the Bureau of Customs and Border Protection of the United States Department of Homeland Security ("CBP"). Because what at issue in this case is the attempt by Plaintiff Automation Technologies, Inc. to enjoin the Determination and Findings issued by CBP overriding the automatic stay of DTI's performance of the Contract imposed by the Competition and Contracting Act, 31 U.S.C. § 3553, DTI has a direct interest in this case under RCFC 24(a)(2).

In further support of this Motion, undersigned counsel is authorized to represent to the Court that counsel for Plaintiff and counsel for the Department of Justice each has stated he has no objection to the granting of this Motion.

Wherefore, for the foregoing reasons, Digital Technologies, Inc. respectfully requests that its Motion be granted.

Respectively submitted,

Leslie H. Wiesenfelder
Dow Lohnes PLLC
1200 New Hampshire Avenue, NW
Suite 800
Washington, DC 20036-6802
202-776-2726

Counsel for
Digital Technologies, Inc.

Dated: August 25, 2006