**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AUTOMATION TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-599C |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused to be delivered, by hand, facsimile, or electronic means, on this 25th day of August 2006, copies of (1) Notice of Appearance; (2) Consent Motion of Digital Technologies, Inc. to Intervene; (3) Digital Technologies, Inc.'s Corporate Disclosure Statement; and (4) Memorandum in Opposition to Plaintiff's Application for a Temporary Restraining Order and Preliminary Injunction and exhibit attached thereto, on the following counsel:

Roger A. Hipp, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

Walter F. Zenner, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859

Leslie H. Wiesenfelder