# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**AUTOMATION TECHNOLOGIES, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant,**

**and**

**DIGITAL TECHNOLOGIES, INC.,**

**Defendant-Intervenor.**

* * * * * * * * * * * * * *

**No. 06-599C**
**Filed: August 28, 2006**

**O R D E R**

The court held a hearing in the above-captioned case on August 28, 2006. The court **GRANTS** Digital Technologies, Inc.'s August 25, 2006 motion to intervene. On or before **Tuesday, August 29, 2006**, the parties, individually, shall submit to the court, electronically, any relevant legislative history. If no relevant legislative history is identified, the parties shall submit a notice to that effect. In the same August 29, 2006 filing, defendant shall include whether or not there was a requirement for agencies to report overrides to Congress and, if so, if the requirement ceased at some point, or is on-going.

As previously discussed with the parties, the court **SCHEDULES** a hearing for **Thursday, August 31, 2006, at 9:30 a.m. EDT** (instead of 11:00 a.m.), at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Counsel shall appear in person. The courtroom number will be posted on the day of the conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**