# INDEX TO APPENDIX

Pages

Competition in Contracting Act of 1984: Hearings on H.R. 5184 Before the Subcommittee on Legislation and National Security, 98th Cong. 1 (1984) . . . . . . . . . . . . . 1-117

H.R. Rep. 98-861 at 1435-37 (1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 118-20

H.R. Rep. No. 98-1157 (1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 121-153