# In the United States Court of Federal Claims

**No. 06-599 C**

**Filed: September 7, 2006**

**AUTOMATION TECHNOLOGIES, INC.**

**v.**

**THE UNITED STATES**

**and**

**DIGITAL TECHNOLOGIES, INC.**

**Administrative Record (Volume I, Pages 1-238)**

The above document has been filed in the Clerk's Office in hard copy and is not available electronically. To view this document, please contact the Clerk's Office at (202) 357-6406 between the hours of 8:45 am and 5:15 pm Eastern time.