# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AUTOMATION TECHNOLOGIES, INC., Plaintiff, v. UNITED STATES, Defendant. | No. 06-599C (Judge Marian Blank Horn) |

## DIGITAL TECHNOLOGIES, INC.'S STATUS REPORT

Pursuant to this Court's Order dated September 11, 2006, Intervenor Digital Technologies, Inc. ("DTI") hereby respectfully submits its status report and states that it proposes no redactions to the Court's Order. However, DTI suggests that the Court consider revising the following sentence appearing on page 6 of its Order to add the bolded language: "The D&F lists the savings over the potential five-year period of the contract, ranging from a projected savings of $103,198.27 **per month** in the first year to a high of $118,330.98 **per month** in the fourth year."

Respectfully submitted,

Leslie H. Wiesenfelder
Dow Lohnes PLLC
1200 New Hampshire Avenue, NW
Suite 800
Washington, DC 20036-6802
202-776-2726

Counsel for Intervenor
Digital Technologies, Inc.

Dated: September 12, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused the foregoing to be delivered by electronic means, on this 12th day of September 2006, to the following counsel:

Roger A. Hipp, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

Walter F. Zenner, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859

Leslie H. Wiesenfelder