**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on September 20, 2006)

| | | |
|---|---|---|
| AUTOMATION TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) | No. 06-599C |
| v. | ) | Judge Horn |
| UNITED STATES, | ) | |
| Defendant. | ) | BID PROTEST |

**PLAINTIFF AUTOMATION TECHNOLOGIES, INC.'S**
**PROPOSED REDACTIONS TO SEALED ORDER**

Plaintiff Automation Technologies, Inc. ("ATI"), pursuant to the Court's order issued under seal on September 11, 2006, states that it proposes no redactions to the sealed order.

Additionally, ATI states that it has no objection to the redaction proposed by the government or to the revision requested by intervenor DTI (since the revision is consistent with the record as well as the Court's findings on pages 4, 6, 7 and 8 concerning the projected monthly cost savings).

Dated: September 20, 2006

Respectfully submitted,

s/ Walter F. Zenner

Walter F. Zenner
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102
Tel: (703) 770-7603
Fax: (703) 770-7901

*Counsel of Record for Plaintiff*
*Automation Technologies, Inc.*

*Of Counsel:*

John E. Jensen
Orest J. Jowyk
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102
Tel: (703) 770-7900
Fax: (703) 770-7901