# In the United States Court of Federal Claims

**No. 06-599 C**

**AUTOMATION TECHNOLOGIES, INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**DIGITAL TECHNOLOGIES, INC.,**
**Defendant-Intervenor.**

Pursuant to the court's September 21, 2006 Order granting plaintiff's request for a declaratory judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the override decision issued by the United States Customs and Border Protection agency is declared to be unreasonable, arbitrary and capricious and invalid. The override decision is set aside, and the automatic stay stemming from plaintiff's GAO protest is reinstated.

Brian Bishop
Clerk of Court

**September 22, 2006** By: s/ Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.